**RECORD NO. 17-4211**

# In The
# United States Court of Appeals
## For The Fourth Circuit

**UNITED STATES OF AMERICA,**

*Plaintiff – Appellee,*

**v.**

**REGINALD JERRY SHAW,**

*Defendant – Appellant.*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA AT STATESVILLE**

**BRIEF OF APPELLANT**

James S. Weidner, Jr.
LAW OFFICE OF JAMES S. WEIDNER, JR.
4308 Park South Station Boulevard
Charlotte, North Carolina 28210
(704) 576-1409

*Counsel for Appellant*

THE LEX GROUP ♦ 1108 East Main Street ♦ Suite 1400 ♦ Richmond, VA 23219
(804) 644-4419 ♦ (800) 856-4419 ♦ Fax: (804) 644-3660 ♦ www.thelexgroup.com

# TABLE OF CONTENTS

Page

TABLE OF AUTHORITIES ................................................................................ ii

STATEMENT OF JURISDICTION ................................................................... 1

NATURE OF APPEAL ....................................................................................... 1

STATEMENT OF ISSUES ................................................................................. 2

STATEMENT OF THE CASE ............................................................................ 2

STATEMENT OF FACTS .................................................................................. 3

SUMMARY OF ARGUMENT ........................................................................... 4

ARGUMENT ....................................................................................................... 4

      A.     Standard of Review ....................................................................... 4

      B.     Discussion of Issues ...................................................................... 5

CONCLUSION .................................................................................................... 6

REQUEST FOR ORAL ARGUMENT ............................................................... 6

CERTIFICATE OF COMPLIANCE

CERTIFICATE OF FILING AND SERVICE

# TABLE OF AUTHORITIES

Page(s)

## CASES

Anders v. California,
    386 U.S. 738 (1967) .................................................................................. 1, 6

Gall v. United States,
    128 S. Ct. 586 (2007) ..................................................................................... 4

United States v. Crawford,
    734 F.3d 339 (4th Cir. 2013) .......................................................................... 4

United States v. Gomez-Jimenez,
    750 F.3d 370 (4th Cir. 2014) .......................................................................... 4

United States v. Pauley,
    511 F.3d 468 (4th Cir. 2007) .......................................................................... 4

## STATUTES

18 U.S.C. § 924(c) .................................................................................................. 2

18 U.S.C. § 3231 ..................................................................................................... 1

18 U.S.C. § 3742(a) ................................................................................................ 1

21 U.S.C. § 841 ....................................................................................................... 2

21 U.S.C. § 846 ....................................................................................................... 2

28 U.S.C. § 1291 ..................................................................................................... 1

## RULES

Fed. R. App. P. 4 ..................................................................................................... 1

Fed. R. App. P. 4(c) ................................................................................................ 3

## GUIDELINE

U.S.S.G § 2D1.1(b)(1) .............................................................................. 1, 4, 5

## STATEMENT OF JURISDICTION

This case is a direct appeal by Defendant, Reginald Jerry Shaw, from his sentence in a criminal case. The United States District Court for the Western District of North Carolina had jurisdiction pursuant to 18 U.S.C. § 3231. Appellate jurisdiction is conferred on the Fourth Circuit Court of Appeals by 28 U.S.C. § 1291; 18 U.S.C. § 3742(a) and Rule 4 of the Federal Rules of Appellate Procedure. Sentence was imposed by the lower court on April 5, 2017 and a judgment incorporating that sentence was filed on April 7, 2017. The Defendant filed a timely notice of appeal on April 10, 2017.

## NATURE OF APPEAL

This brief is submitted to the court pursuant to the decision of the United States Supreme Court in Anders v. California, 386 U.S. 738 (1967). Counsel for the defendant, Reginald Jerry Shaw, has determined, after a conscientious examination of the entire record of the case, that Mr. Shaw has no meritorious grounds for appeal. Nevertheless, Mr. Shaw wishes to exercise his right to have his case reviewed on appeal to determine if any error occurred which resulted in him receiving a longer sentence than he should have received and to assert the court committed error in calculating his United States Sentencing Guidelines range by adding an enhancement of two levels to his offense level for firearms possession. U.S.S.G. 2D1.1(b)(1).

## STATEMENT OF ISSUES

Did trial court err in any manner which resulted in the defendant receiving a longer than legal sentence? Did the trial court err by applying the two level firearms possession enhancement to his offense level in calculating his U.S.S.G. offense level?

## STATEMENT OF THE CASE

This is a criminal matter brought by indictment in the Western District of North Carolina. The defendant was originally charged with Conspiracy to Distribute and Possession with intent to Distribute Methamphetamine, 21 U.S.C. § 841; 846 (count one);  Use and/or Carry a Firearm During a Crime of Violence and Possession of a Firearm in Furtherance of a Crime of Violence, 18 U.S.C. § 924(c) (Count 2). The defendant entered a not guilty plea as to all counts and immediately thereafter entered a guilty plea to count 1 of the superseding indictment, with a written plea agreement (Doc 26), on October 5, 2016. (See District Court Docket # 44).

The defendant appeared for sentencing on April 5, 2017 before Judge Richard L. Voorhees. The factual basis as contained in the Offense Conduct portion of the Pre-Sentence Report was stipulated. The objection to the pre-sentence report was heard and overruled. (Sentence Transcript Pages 5-8). The court granted the Governments motion for downward departure.

2

(Sentence transcript pages 8-9). The defendant was sentenced to a term of imprisonment of one hundred and fifty-one months, five years of supervised release, and a $100.00 assessment. A judgment incorporating that sentence was filed on April 7, 2017 and defendant filed a timely pro se notice of appeal on April 10, 2017 according to Rule 4(c) of the Rules of Appellate Procedure. (District Court Docket Numbers 115, 116, 117).

## STATEMENT OF FACTS

The evidence presented at the sentencing hearing through stipulation to the facts contained in the pre-sentence report and factual basis filed in the record established the following facts. Reginald Jerry Shaw came to the attention of authorities as a methamphetamine distributor in Mid-August of 2016 thru interviews with arrested co-operators. Authorities were able to make controlled purchases of multiple ounces of the drug from Shaw on two occasions. After the second purchase from Shaw he was arrested and immediately began cooperating with Authorities. He gave consent to search his property where 26 kilograms of methamphetamine and a firearm were found. Shaw gave authorities a full description of his activities and led them to his source of supply. For a more detailed description of the facts see the Pre-Sentence Report Paragraphs 5-15 District Court Document Number 94 and the Factual Basis filed in this matter District court Document 25.

## SUMMARY OF ARGUMENT

The defendant wishes to exercise his right to appeal and have the appellate court review his record to determine whether error occurred which resulted in an increase in the sentence he received. He also believes the District Court erred in applying the two level firearms enhancement contained in U.S.S.G 2D1.1(b)(1) to his guidelines sentencing calculation.

## ARGUMENT

A.   Standard of Review

Review of a district court's sentence in a criminal matter is for reasonableness, applying an abuse of discretion standard. Gall v. United States, 128 S. Ct. 586, 597-98 (2007), United States v. Pauley, 511 F.3d 468, 473-74 (4th Cir. 2007).

Review of the district court's findings of fact in applying the United States Sentencing Guidelines is for clear error and its legal conclusions de novo. United States v. Gomez-Jimenez, 750 F.3d 370, at 380 (4th Cir. 2014). Under this clear error standard a district court's findings are reversed only if an appellate court has a definite and firm conviction that a mistake has been committed. United States v. Crawford, 734 F.3d 339, at 342 (4th Cir. 2013).

4

B.  Discussion of Issues

The defendant wishes the appellate court to review his sentence for any error which resulted in his receiving a longer sentence than would be legal. Counsel does not believe any such error exists. The entire record has been reviewed, including the indictment, plea hearing, sentencing hearing and associated documents along with the statutes governing these proceedings and no error can be found. At his sentencing, Mr. Shaw's only objection was to the U.S.S.G. 2D1.1(b)(1) offense level enhancement he received for possession of the AR 15 rifle found in his attic. This issue was argued at sentencing and the court determined that due to the nature of the firearm and amount of drugs and money found inside the house, it was not improbable that the firearm was connected to the drugs. (Sentencing transcript pages 4-8). This writer does not believe a definite and firm conviction that a mistake has been made in this ruling can be determined.

The sentence Mr. Shaw received is a downward departure from the guidelines as a result of the government's motion. (Sentencing Transcript pages 8-9). The original statutory sentence range was 10 years to life imprisonment. The original guidelines range for sentencing on count 1 was 210 to 262 months (Pre-Sentence Report page 8, paragraph 88). The court,

after granting the governments motion for downward departure, sentenced at the low end of the guidelines, 151 months.

## CONCLUSION

The undersigned counsel is presenting this Anders brief to the court, having conscientiously examined the record of the case and having determined that there is no meritorious ground for appeal. Under the directive of the Anders case, the undersigned counsel invites the court to review the entire record and all pertinent documents in this case to determine whether there is any other issue that is not frivolous. Counsel stands ready to brief and argue any issue so identified by the court.

## REQUEST FOR ORAL ARGUMENT

The defendant respectfully requests that oral argument be granted so that the issue presented can be adequately and fully presented to the court.

Respectfully Submitted,

/s/ James S. Weidner
James S. Weidner
LAW OFFICE OF JAMES S. WEIDNER
4308 Park South Station Boulevard
Charlotte, North Carolina  28210
(704) 576-1409

*Counsel for Appellant*

6

# CERTIFICATE OF COMPLIANCE

1. This brief complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. R. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

   [ X ] this brief contains [*1,154*] words.

   [  ] this brief uses a monospaced type and contains [*state the number of*] lines of text.

2. This brief document complies with the typeface and type style requirements because:

   [ X ] this brief has been prepared in a proportionally spaced typeface using [*Microsoft Word 2007*] in [*14pt Times New Roman*]; *or*

   [  ] this brief has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].


Dated: June 2, 2017                         /s/ James S. Weidner, Jr.
                                            *Counsel for Appellant*

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 2nd day of June, 2017, I caused this Brief of Appellant to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

>Amy E. Ray
>OFFICE OF THE U.S. ATTORNEY
>100 Otis Street, Room 233
>Asheville, North Carolina  28801

>*Counsel for Appellee*

I further certify that on this 2nd day of June, 2017, I caused the required copies of the Brief of Appellant to be hand filed with the Clerk of the Court and a copy of the Brief of Appellant to be served, via U.S. Mail, postage prepaid, upon the Appellant, at the address below:

>Reginald Jerry Shaw, #33034-058
>FCI Butner Low
>Federal Correctional Institution
>Post Office Box 999
>Butner, North Carolina  27509

>/s/ James S. Weidner, Jr.
>*Counsel for Appellant*