Filed: October 4, 2017

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

<u>ANDERS</u> SUPPLEMENTAL BRIEFING ORDER
_____

No. 17-4211,  <u>US v. Reginald Shaw</u>
5:16-cr-00046-RLV-DSC-4

The court directs supplemental briefing as follows:

Supplemental opening brief and joint appendix due: 10/23/2017

Supplemental response brief due: 11/13/2017

Supplemental reply brief permitted within 14 days of the supplemental response brief.

Effective October 1, 2015, the court requires only one paper copy of briefs and appendices unless the case is to be argued, in which event four paper copies are required. (Local Rules 30(b)(4) & 31(d)). The notice tentatively assigning a case for argument requires counsel to file three additional paper copies of their previously filed briefs and appendices.

The briefs and appendix must conform to the Fourth Circuit Brief & Appendix Requirements (available as a link from this order and at www.ca4.uscourts.gov).

/s/ PATRICIA S. CONNOR, CLERK
By: Cathi Bennett, Deputy Clerk